United States District Court
Eastern District of California

Carlos Gabriel HEREDIA DAVILA

Plaintiff(s)

V.

Scott FRAUENHEIM, Warden, Central Valley Detention Facility, et al

Defendant(s)

Case Number: 1:26-cv-5666 RLP

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Marti L. Jones hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Carlos Gabriel Heredia Davila

On 10/10/1990 (date), I was admitted to practice and presently in good standing in the UT State Bar, USDC UT District, UT Supreme (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☒ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Please see attachment.

Date: 7/16/2026 Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

Applicant's Name: Marti L. Jones

Law Firm Name: STOWELL CRAYK, PLLC

Address: 4252 S. 700 E.

City: Millcreek State: UT Zip: 84107

Phone Number w/Area Code: (385) 528-1038

City and State of Residence: Millcreek, UT

Primary E-mail Address: marti@lawscb.com

Secondary E-mail Address: rebecca@lawscb.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brett Parkinson

Law Firm Name: PARKINSON BENSON POTTER (PBP LAW)

Address: 100 Pine Street, Suite 1250

City: San Francisco State: CA Zip: 94111

Phone Number w/Area Code: (415) 534-7970 Bar # 230150

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 30, 2026

JUDGE, U.S. DISTRICT COURT

**United States District Court, Eastern District of California**
**Pro Hac Vice Application Addendum**

---

## Pro hac vice applications made to this court within the last year:

| TITLE | CASE NUMBER | APPLIED | GRANTED |
|---|---|---|---|
| De Niz Mendez et al v. Chestnut et al | 1:26-cv-02404-JLT-SAB (HC) | 03/27/2026 | Granted |
| Rivera Aguilar v. Andrews et al | 1:26-cv-03028-DAD-JDP (HC) | 04/21/2026 | Granted |
| Perdomo Amaya v. Chestnut et al | 1:26-cv-03033-DC-AC (HC) | 04/21/2026 | Granted |
| Aguilar Ramirez v. Chestnut et al | 1:26-cv-03247-DC-AC (HC) | 04/21/2026 | Granted |
| Orosco Diaz v. Chestnut et al | 1:26-cv-03454-DJC-SCR (HC) | 05/04/2026 | Granted |
| Maldonado Perez v. Warden of the Central Valley Annex ICE Detention Facility et al | 1:26-cv-03538-VC (HC) | 05/07/2026 | Not granted or denied |
| Dennis Villanueva Abarca et al v. Chestnut et al | 1:26-cv-03630-DAD-SCR (HC) | 05/11/2026 | Granted |
| Pantaleon Pacheco v. Chestnut et al | 1:26-cv-03716-DJC-SCR (HC) | 05/14/2026 | Granted |
| Lopez Valvuena v. Chestnut et al | 1:26-cv-03889-DC-JDP (HC) | 05/20/2026 | Not granted or denied |
| Medina-Rodriguez v. Murray et al | 1:26-cv-04080-VC (HC) | 06/01/2026 | Granted |
| Gongora-Santos v. Chestnut et al | 1:26-cv-04303-TLN-JDP (HC) | 06/04/2026 | Granted |
| Adriano Macha v. Chestnut et al | 1:26-cv-04359-DJC-CSK (HC) | 06/08/2026 | Granted |
| Martinez Martinez v. Hudson et al | 1:26-cv-04640-KES-SAB (HC) | 06/16/2026 | Denied |
| Aponte Ochoa v. Chestnut et al | 1:26-cv-04829-JLT-EPG (HC) | 06/23/2026 | Granted |
| De La Rosa Torres et al v. Hudson et al | 1:26-cv-04884-TLN-CSK (HC) | 06/25/2026 | Granted |
| Gonzalez Romero v. Chestnut et al | 1:26-cv-05235-KES-EGC | 07/08/2026 | Granted |
| Hernandez Arciga v. Chestnut et al | 1:26-cv-05397-JLT-FJS | 07/13/2026 | Granted |